# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMIS TRENCH

NO. 2024 KW 1061

**DECEMBER 23, 2024**

---

In Re:     Jamis Trench, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-23-03516, 03515, 03658, 03659, 03880, 03881.

---

**BEFORE:     McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** This application appears to be a motion for a bill of particulars filed in this court in the first instance. Because there is no indication the motion was filed in the district court, this writ presents nothing for review.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT